# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Dwayne Robinson,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:03cv91-03

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 14, 2005 Order.

December 14, 2005

FRANK G. JOHNS, CLERK

BY: *(signature)*
Cynthia Huntley, Deputy Clerk